■ In the Matter of BIBI B. MUSAFIRI, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, Petitioner. [2 NYS3d 813]—Upon the Court's own motion, and due deliberation having been had, it is

Ordered that the memorandum and order decided and entered March 5, 2015 is vacated.

McCarthy, J.P., Egan Jr., Rose and Lynch, JJ., concur.